UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

CHRISTOPHER RAZO AND
JESSICA RAZO

      Plaintiffs,

v.                                        Civil Action No. 3:11-cv-01144

CARPENTER, HAZELWOOD,
DELGADO & WOOD, PLC

      Defendant.

---

## PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW, Christopher Razo and Jessica Razo, Plaintiffs in the above-referenced matter, and hereby file this, their Motion to Appear Telephonically at the Initial Case Management Conference, and in support thereof, Plaintiffs respectfully show the Court as follows:

1. The Court has set an Initial Case Management Conference for February 13, 2012 at 9:30 a.m.

2. Plaintiffs' counsel is out-of-town in Memphis, Tennessee.

3. This case is a "fee-shifting" case, and as such, Plaintiffs intend to minimize attorney's fees and costs.

4. To date, Defendant has not yet filed its responsive pleading to the complaint in this matter.

5. Permitting Plaintiffs' counsel to appear telephonically at the Initial Case Management Conference would not prejudice Plaintiffs or Defendant, nor would it cause any undue delay with regard to the proceedings.

**WHEREFORE,** Plaintiffs request that the Court grant this Motion to Appear Telephonically at the Initial Case Management Conference.

Dated: January 20, 2012

Respectfully submitted,

Christopher Razo and Jessica Razo

By: /s/ Paul K. Guibao
Paul K. Guibao
Attorney for Plaintiffs
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, TN 38104
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
Email: PGuibao@AttorneysForConsumers.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, Plaintiffs' Motion to Appear Telephonically at Initial Case Management Conference was filed electronically with the Clerk of Court for the Middle District of Tennessee, Nashville Division via the Court's CM/ECF system.

By: /s/ Paul K. Guibao
Paul K. Guibao
Attorney for Plaintiffs