UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER RAZO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | NO.  3:11-1144 |
| ) | Judge Nixon/Bryant |
| CARPENTER, HAZELWOOD, DELGADO & ) | |
| WOOD, PLC, ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Counsel for the both parties have filed motions to appear by telephone for the initial case management conference on February 13, 2012 (Docket Entry Nos. 12 and 13). Both motion are **GRANTED**. The Court will initiate the call at 9:30 a.m. to counsel on February 13, 2012.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge